[No. 15485-1-I. Division One. January 26, 1987.]

WILLIAM A. LOONEY, *Appellant*, v. CASCADE SAVINGS AND LOAN ASSOCIATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 83–2–16773–3, Robert M. Elston, J., entered September 21, 1984. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Swanson, J., concurred in by Williams and Pekelis, JJ.